UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

SOUTHFORK APARTMENTS LIMITED PARTNERSHIP,

Plaintiff,

v.

MUNICIPAL MORTHGAGE & EQUITY, LLC,

Defendant.

Civil No. 00-1167 DWF/AJB

AMENDED NOTICE OF SETTLEMENT CONFERENCE

---

You are hereby given notice that the settlement conference currently scheduled for September 14, 2000, has been moved. The Settlement Conference will be held on **October 10, 2000, at 1:30 p.m.**, in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Each attorney shall submit to the undersigned at least one week before the date of the settlement conference a confidential letter setting forth the parties' respective settlement positions and a reasoned, itemized analysis justifying their settlement position.

Dated: 9/7/00

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed SEP 07 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________