**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SOUTHFORK APARTMENTS LIMITED PARTNERSHIP,

Plaintiff,

v.

MUNICIPAL MORTGAGE & EQUITY, LLC,

Defendant.

Civil No. 00-1167 DWF/AJB

**ORDER SEALING TRANSCRIPT**

---

WHEREAS on October 10, 2000, the parties in the above-captioned case entered into a Settlement Agreement, and

WHEREAS, the Settlement Agreement was placed on the record in court on October 10, 2000,

NOW THEREFORE the Court orders that the Transcript of the Settlement Agreement dated October 10, 2000, be placed under seal; and FURTHER, that this Transcript not be displayed or revealed except pursuant to court order.

Dated: 1/4/01

Arthur J. Boylan
United States Magistrate Judge

JAN 04 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK